The Honorable S. Kate Vaughan

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

9
10
11
12
13
14

KIMBERLY PERRY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PRESTIGE CARE, INC.,

Defendant.

Case No.: C24-5151-SKV

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

15   THIS MATTER has come before the Court on the Stipulated Motion to Extend Time to

16   Respond to Complaint, Dkt. 13.  The Court has reviewed the records on file and considered the parties'

17   stipulation, Dkt. 11, and hereby ORDERS that the Stipulated Motion to Extend Time to Respond to

18   Complaint is GRANTED.

19       1.    The Defendant need not answer or otherwise respond to the Complaint in the above-

20   captioned action unless the consolidation of the Individual Lawsuits is denied (*see* Dkt. 11 at 1–2) or the

21   above-captioned matter is not otherwise consolidated with one or more of the other Individual Lawsuits.

22

23       2.    In the event that either consolidation is denied or the above-captioned matter is not

24   otherwise consolidated with one or more of the other Individual Lawsuits, Defendant shall answer or

25   otherwise respond to the Complaint in the above-captioned matter no later than 30 days following Notice

26   of Entry of the Order(s) denying consolidation of the Individual Lawsuits or otherwise denying

27   consolidation of the above-captioned matter with one or more Individual Lawsuits.

28

[PROPOSED] ORDER

-1

MURPHY PEARSON BRADLEY & FEENEY
520 PIKE ST, SUITE 1205
SEATTLE, WA 98101

3.    In the event consolidation is granted, Defendant shall answer or otherwise respond to the consolidated amended class action complaint within 45 days following service.

DATED this 26th day of March, 2024

S. KATE VAUGHAN
United States Magistrate Judge

By: /s/ Michael C. Subit
Michael C. Subit
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 219-2008
Fax: (206) 682-6711
Email: msubit@frankfreed.com
*Attorneys for Plaintiff Kimberly Perry*

Gary E. Mason
Danielle L. Perry
Lisa A. White
MASON, LLP
5335 Wisconsin Avenue, NW, Ste 640
Washington, DC, 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com
         dperry@masonllp.com
         lwhite@masonllp.com
*Pro Hac Vice forthcoming*

By: /s/ Nicholas C. Larson
Nicholas C. Larson, WSBA No. 46034
MURPHY PEARSON BRADLEY & FEENEY
520 Pike St., Suite 1205
Seattle, WA 98101
Telephone: (206) 219-2008
Fax: (206) 489-5101
Email: nlarson@mpbf.com
*Attorneys for Defendant Prestige Care, Inc.*

James Monagle
MULLEN COUGHLIN, LLC
500 Capitol Mall, Suite 2350
Sacramento, CA 95814

[PROPOSED] ORDER

-2

MURPHY PEARSON BRADLEY & FEENEY
520 PIKE ST, SUITE 1205
SEATTLE, WA 98101

Telephone: (267) 930-1529
Email: jmonagle@mullen.law
*Pro Hac Vice forthcoming*